**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEVIN MEYERS,

    Petitioner,

v.                                              Case No. 08-14806
                                                 Hon. Lawrence P. Zatkoff

CAROL R. HOWES,

    Respondent.

_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on Magistrate Judge Komives's Report and Recommendation [dkt 13], in which the Magistrate Judge recommends that the Court deny Petitioner's application for writ of habeas corpus [dkt 1]. The Report and Recommendation was filed on June 21, 2010, and Petitioner filed an objection on July 15, 2010. Since Petitioner's objection was not timely submitted, the Court need not consider the objection. *See* Fed. R. Civ. P. 72(b)(2).

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Petitioner's application for writ of habeas corpus [dkt 1] is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: August 5, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on August 5, 2010.

s/Marie E. Verlinde
Case Manager
(810) 984-3290